IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| JAVIER VILLARREAL, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>MICHAEL SHANNON and V.I. TERMINAL )<br>SERVICES, LLC, )<br>)<br>Defendants )<br>_____) | CASE NO. 1:19-cv-00019<br><br><br>JURY TRIAL DEMANDED |

## AMENDED REQUEST FOR ENTRY OF DEFAULT

**COMES NOW**, Javier Villarreal ("Villarreal") "Plaintiff"), by and through his undersigned counsel, and requests the Clerk of the Court to enter a default against Defendant Michael Shannon pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and in support thereof, states as follows:

After numerous attempts to serve Defendant Michael Shannon, this Court ordered Service by Publication. Defendant Shannon was served with both the summons and a copy of the complaint by publication as directed by this Court. (**See Exhibit "1"**)

From September 10, 2019 to October 1, 2019, the Plaintiff served on the Defendant, Shannon a copy of the Summons and Complaint via Publication. (**Affidavit of Publication from Houston Chronicles is attached hereto as Exhibit "2"**). On October 30, 2019 the Plaintiff served on the Defendant, Shannon a copy of the Summons and Complaint via text message. (**Affidavits of Process Server is attached hereto as Exhibit "3"**). The Defendant have failed to appear, plead, answer, or otherwise defend this action, and the time allowed by law to file a responsive pleading to said Complaint has expired

**WHEREFORE**, Plaintiff, Javier Villarreal respectfully requests this Court to enter a default against Defendant Michael Shannon.

**RESPECTFULLY SUBMITTED,**
This 14th day of January 2020

**McCHAIN MILLER NISSMAN**
Attorneys for Plaintiff

/s/ Scot F. McChain
Scot F. McChain, Esq.
5030 Anchor Way, Suite 13
Christiansted, USVI 00820
Tel: (340) 773-6955 Fax: (340) 719-0602